Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM 3

---

**CARBON ACTIVATED TIANJIN CO. LTD., AND CARBON ACTIVATED CORP.,**

            **Plaintiffs,**

  v.

**UNITED STATES,**

            **Defendant.**

**SUMMONS**

**COURT NO. 22-335**

---

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



        **/s/ Mario Toscano**
        Clerk of the Court

1. Plaintiffs, Carbon Activated Tianjin Co., Ltd., and Carbon Activated Corp., are interested parties as defined in 19 U.S.C. § 1677(9)(a), and were participants in the administrative review under appeal. Plaintiffs have standing to commence this action pursuant to 28 U.S.C. § 2631(c), and 19 U.S.C. § 1516a(a)(2)(B)(iii).
(Name and standing of plaintiff)

2. Plaintiffs contests certain aspects of the U.S. Department of Commerce's final determination in *Certain Activated Carbon from the People's Republic of China: Final Results of Anitdumping Duty Administrative Review; and Final Determination of No. Shipments; 2020-2021*, Case No. A-570-904. Plaintiffs contests as unlawful and unsupported by substantial evidence the Commerce Department's final results. This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(I) and 19 U.S.C. § 1516a(a)(2)(B)(iii).
(Brief description of contested determination)

3. November 9, 2022
  (Date of determination)

4. 87 Fed. Reg. 67,671 (November 9, 2022)
  (If applicable, date of publication in Federal Register of notice of contested determination)

Form 3-2

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

/s/ John M. Peterson
Signature of Plaintiff's Attorney

December 9, 2022
Date

John M. Peterson
Neville Peterson LLP
55 Broadway Ste. 2602
New York, NY 10006
(212) 635-2730
jpeterson@npwny.com

**SEE REVERSE SIDE**

Form 3-3

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

**Attorney in Charge**
**International Trade Field Office**
**Department of Justice, Civil Division**
**Room 346, Third Floor**
**26 Federal Plaza**
**New York, NY 10278**

**General Counsel**
**U.S. Department of Commerce**
**14th Street and Constitution Avenue, N.W.**
**Washington, D.C., 20230**

**Supervising Attorney**
**Civil Division – Commercial Litigation Branch**
**U.S. Department of Justice**
**P.O. Box 480**
**Ben Franklin Station**
**Washington, D.C. 20044**