| UNITED STATES COURT OF INTERNATIONAL TRADE | FORM 7 |
|---|---|

| Carbon Activated Tianjin Co., Ltd., et. al., | |
|---|---|
| Plaintiff, | Court No. 22-335 |
| v. | and Attached Schedule |
| United States | |
| Defendant. | |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: 01/19/2023 _____

/s/ John M. Peterson
_____
Attorney for Plaintiff
55 Broadway Suite 2602
_____
Street Address
New York, NY 10006
_____
City, State and Zip Code
212-635-2730
_____
Telephone No.

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
|  |  |  |  |

Order of Dismissal

    The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

                                              Clerk, U. S. Court of International Trade

                                              By: _____
                                                       Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)