UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 7

Carbon Activated Tianjin Co., Ltd., et. al.,

                                      Plaintiff,

    v.

United States

                                     Defendant.

Court No. 22-335
and Attached Schedule

**NOTICE OF DISMISSAL**

      **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: 1/20/2023 _____

                              /s/ John M. Peterson
                              _____
                                  Attorney for Plaintiff

55 Broadway, Suite 2602
_____
                                  Street Address

New York, NY 10006
_____
                               City, State and Zip Code

212-635-2730
_____
                                    Telephone No.

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 22-335 | Carbon Activated Tianjin Co., Ltd., et. al., | | |

Order of Dismissal

    The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: January 20, 2023

Clerk, U. S. Court of International Trade

By: /s/ Geoffrey Goell
      Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)